UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID CLOUGH, | ) | |
| | ) | |
| Plaintiff | ) | Crim. No. 05-101-P-S |
| v. | ) | Civil No. 08-415-P-S |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 2) filed December 8, 2008, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the 28 U.S.C. §2255 motion is DENIED and that the motion is summarily dismissed pursuant to Rule Governing Section 2255 Proceedings 4.  Should a notice of appeal be filed, no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

    /s/ George Z. Singal
United States District Judge

Dated this 2nd day of February, 2009.